

**SAINT JOSEPH'S CHURCH**
*LLC Series #230*
*514 24th Street – Ogden, UT 84401*
*(801) 399-5627*

August 19, 2014

To Whom It May Concern,

As the pastor of St. Joseph Catholic Church, I have known Armand Franquelin for approximately ten years, and during this time period, I can honestly state that Armand has impressed me with his dedication to God, to his family and to the faithful communities of St. Joseph, St. James and the Newman Center at Weber State.

Without a doubt, Armand Franquelin is definitely an active member of the Catholic Church in good standing here in Ogden and throughout the Diocese of Salt Lake (State of Utah). Because of Armand's strong faith, he doesn't come to church on Sunday only; he is here at St. Joseph on a daily basis to attend our daily services and to occasionally volunteer his time and talent by helping us out with our community projects, whether that is in the area of maintenance, landscaping, lawn-mowing, weed-pulling, etc.

Armand has never been one to sit around and to watch the "grass-grow." Whenever there has been a need for a community project to be completed, Armand has been there to lend a hand without being asked: For example, a few years ago, both Armand and his wife, Judy, recognized that the sidewalks of our church were in need of gum-removal. Without wasting any time or asking the church to provide the equipment, they brought their own machines and spent several volunteer hours removing gum, which only goes to show that Armand, Judy and their children have always been there to "step up to the plate" and do their part for the neighborhood, as well as the church and local community.

Over the last few years that Armand, Judy and their children have been members of St. Joseph, they have helped our community grow in size, physically and spiritually, and therefore, I wish that I had more families like them. They have been a blessing to our community and to me as a pastor, which is why I rely heavily on Armand and Judy to assist me with ministries in and outside of the church.

If I can provide you with any further information, please feel free to contact me anytime by phone, email (kennethvialpando@yahoo.com) or in person.

Sincerely,

*Kenneth Vialpando*
Reverend Kenneth Vialpando
Pastor of St. Joseph Church

The Rev. Fr. Erik J. Richtsteig<br>
Saint James the Just Parish<br>
495 North Harrison Blvd.<br>
Ogden, Utah 84404-4100<br>
(801) 782-5393<br>
August 20, 2014

To Whom It May Concern:

I have known Armand Franquelein since 2004 as a friend and parishioner. I know him as a kind, caring, and generous person always will to help others.

Armand has spoken to me on several occasions about this situation with his former company. His remorse over how he was used to hurt others is very, very real. Any dishonesty is not in his character! I am morally certain that if he were given the opportunity and help to get his life back together, he would do so. I am also certain that he would have the complete support of his family and friends.

If I can be of any more assistance, please do not hesitate to ask. I am,

Yours truly,

*[signature]*

The Rev. Fr. Erik J. Richtsteig

To Whom It May Concern:

    Community is a sense of belongingness, to be apart of something more than the self. For the time I have spent living under my parent's roof, I have never come across a time when my father wasn't there for someone else mentally, physically, or spiritually. From a father, a coach, and a religious sponsor he has fulfilled his duty to better the community in which he immersed himself. He demonstrated selflessness, kindness, and strength of character to impact the lives of his children, extended family, friends, and neighbors.

    As a daughter he was the ultimate father, always there, always supporting, and always encouraging me to be the woman I am becoming. I would have never attended college and graduated with honors if it was not for the encouragement and strong will my father passed along to me. From a young age he supported me through school, sports, and faith. He coached me in basketball for 8 years in which he was a mentor and coach not only to me but also to my team and dearest friends. He was a teacher among many other things. In faith, he not only encouraged my family to live a religious life full of prayer and devotion to God but was a sponsor for many others as well whether entering the faith or needing spiritual guidance.

    No man is perfect and that without sin. Our whole lives we learn about the virtues we must overcome to truly find a peaceful life, which I believe many attempt but unfortunately turn out unsuccessful. I believe my father had every good intention to create a profitable and honorable business, yet was blinded and tricked by lies and cheats. He lost everything he had to loose, even his health in the end. I ask you to take into consideration his cooperative and honorable actions in pursuit of the truth and well being for all.

    Mother Theresa once said, "I alone cannot change the world, but I can cast a stone across the waters to create many ripples." My father always left an effect on those we came in contact with, leaving them with a positive outlook on life mentally and spiritually. He is a compassionate man, full of love and faith. The affect my father has had on my life is exceptional, and not only for the sole purpose that he is my father, but as a mentor a guidance in life. Armand Franquelin, my father, has a moral foundation and I plead you to take that into consideration. Everyone will run into bumps along the path to a virtuous life.

Coleen Franquelin
801-710-7989

## My Father, Armand Franquelin

My father is a very compassionate man. He has been and continues to be supportive of others and is always willing to see the best in situations. He has led me to think about how I can be the best version of myself in my daily life and interactions with others. When I have had an altercation with another person, whether or not I feel justified in my actions or response, he tries to have me look at the situation from another perspective, always trying to have me leave a situation trying to become a better person. We all make mistakes, big and small, and do our best to learn from them. My father has taught me to own up to my mistakes, and that is what my dad has done in this situation. He did not speak up when he should have and that is what he is guilty for. He was not the individual responsible to take that money, but he has taken steps to apologize to each investor whose life was changed. I have personally seen how this trial has affected my family and how my father has taken accountability for what happened to each investor. I do not believe that my dad intentionally hurt or wronged anyone, but regardless of his intentions, people were wronged. My father is not the type of man who would take advantage of any person. He is the type that would want to know someone on a personal level and lead them to be the best version of themselves.

My father is a man of faith. He is a convert to Catholicism and made this decision in his adult life. He has led our family deeper in faith and helped us to become the amazing adults we are forming into. He has always been there to talk about our faith and why we uphold the morals that we do. Without his support and guidance in my life, I would absolutely not be the person I am today. I have graduated college and plan on attending medical school in the next 2 years. My father has always wanted me to fulfill my dreams and my dream is to become a doctor to help women and children. When I was in college, I became depressed. My father was there for me, pushing me to move forward and to realize the strengths I have to help those in need.

My father is a man of perseverance. Over the past few years, our lives have been changed forever. Not only by the actions of those involved in the company, but also by a major medical problem. When my father had his stroke, we all lost a lot. His memory has forever been altered and he will never regain that which he has lost. It has been devastating for our family to see the decline in my father and we are just now starting to understand more of his limitations and are able to focus more on being a family and trying to communicate better. My father can no longer remember periods of time of our growing up, and he continues to lose periods of time due to stress. I know we all need to be held accountable for our mistakes, and I ask for your leniency with my dad.

I love my father more than words can express and I ask for your compassion and love of others to help guide your decision in this hearing. I love him so much and to see how much he is suffering, makes me want to take his place. He suffers not only for what he has done to the investors, but what has taken place since and how things have affected our family. He has cooperated with all aspects of the investigation and I ask now that he be given leniency. Please, I hope that you can see the love that my father has for his family and community and the deep, sincere apology he has for his mistakes.

Angela Franquelin (801) 791-5717

# Calistoga Pet Clinic

Steve Franquelin, DVM
*Kind, Compassionate Veterinary Care*

To Whom It May Concern;                                                                 August 21, 2014

I am Armand Franquelin's youngest brother. I am grateful to speak for Armand's character because I have always known him to be an honorable, kind, generous, conscientious and considerate person. His five children love him so dearly and have such an amazing relationship with him. He has always been there for them, whether it be with their devotion to the Catholic Church and spiritual activities, coaching and attending all their various sports activities and school activities Day in day out he is always providing for them, up each day making them breakfasts, lunches, and dinners. He has always found time to take them camping and fly fishing even from very young ages, and his patience and care for them is remarkable. I am a Veterinarian and have a very demanding work schedule. I have always marveled in how Armand seemed to find time for his children and their many activities, his church and service in his community.

Our Father, when he was alive taught us all these values and Armand has prioritized these values so wonderfully. Another aspect that I admire about my brother is that, despite his health problems, he still finds the ability to push himself (often too hard) to continue to provide and care for his family in a selfless manner. I believe that is a true testament to the kind, selfless, honorable character that Armand has.

I implore that you please consider this letter, Armands true character and his essential value to his family when making a decision on his sentencing. I honestly believe that if Armand truly foresaw the unfortunate outcome of what he was doing and the negative impact it would have on the many investors, I know he would not have done it.

Respectfully,

*Steve Franquelin, DVM*
Steve Franquelin, DVM

2960 Foothill Blvd Calistoga, Ca. 94515    (707)942-0404    (f) 942-6023    email: sbadoc@sonic.net

September 8, 2014

To whom it may Concern,

    I am writing this letter on behalf of my father, Armand Franquelin, to plead that he will be given a fair judgment.

    My father is a loving ad trustworthily man, he believes the good in everyone and he believed in the success of the business and poured his heart and soul into what he could to make it succeed.

    The only fault he has is being too trustworthily in Martin Pool and his plans for failure. He put too much faith into one man and he failed. My dad wouldn't cheat or play with anyone money and he never believed that Marin Pool would lie to him in order to get the upper hand.

    Please consider his medical issue with regarding his decisions in the company. If he is not in a routine, he can't function in normal society. His actions/behaviors are wrong for the situations and unless you can understand his behaviors you will not be able to tell that there is an issue going on. He needs his family with him and his daily routine in order to function. Please don't let him be imprisoned; he will not survive the transition of a new routine/life. Please understand that we need the head of our family to be untied, I will not know what will become of us without the foundation of my dad in our lives. He holds us all together and keeps the spirit alive in all his children.

    I understand that he has done wrong and their r needs to be justice but please don't be too harsh on a man that doesn't fully understand his decisions because of his brain condition. He needs someone close to him/his family to care for him. Please let us have our father and care for him.

Respectfully,

Eileen Franquelin

To Whom It May Concern

My father, Armand Rowe Franquelin, has never stopped his whole life. Whether that was staying up late at night working on my homework, or working way too hard to put my siblings and me through school. He has been a teacher, lover, and a father. He has done his best to raise us kids. He would do anything for us. I've tried to envision life without him. I can't. He means too much to me. It will be too hard to let him go. He has done so much for me. Whether that be teaching me new things, or teaching me to keep my head raised high.

His teacher career started with teaching me how to fish. (Or so as far as I can remember). We would wake up early together, and pack all of our gear. We had our matching vests that he would give me boxes full of fly fishing flies. I would stuff my vest pockets strategically. We would go to our favorite spot on the Madison River. He would help me put my waiters on, and I would help him to. As I was getting my shoes on, he would set up our fishing poles. Then we would be ready. My dad would take me to the river bank, and show me the best place to fish. He would start fishing with my pole, then give me the fishing pole. As I struggled trying to throw my pole with the same technique that he had. I would always here him telling me to raise my arm up. "Keep your pole out of the water tommy!" that was a line he used a lot. We would fish for a few hours. Sometimes I would catch a fish. Most of the time, however, I wouldn't catch one. He would let me reel in the fish on his line. After a few hours of fishing, we would put our gear in his black pickup truck, and drive home. Well, home was our summer cabin in Idaho. Upon reaching home, he would go hug, and kiss everyone. Especially his wife. My mother.

As a lover my dad could write a book. He is the man I dream of being one day. A figure of what true love means. Whether that was dancing with his beautiful wife, or staying up late with me, just to be with me. I would be writing an essay, and he would be there. He would read a book, sometimes sleep. Either way, he was there with me as I did my homework. A lot of the times he would help me with my homework. Motivating me through my homework. He inspired me throughout my school life. He is the reason I am attending the University of Utah. I am doing well in my studies based on my dad's motivation. My father worked hard to be the best lover he could. It worked.

He has inspired all of us in our faith. He was there for me as I struggled to find God. I could rely on him to get me through my doubts. He inspired all of us to say our family rosary every night. He would gather us up, and make sure we prayed. He would rally others too. He left a good impression on those around him. Whether through his faith, or through his nice smile, and day to day interactions. He had no intention of doing wrong to anyone. Yet here we all are. He was caught in a wicked thing, that he was not the leader of. He has paid his dues. Through his relentless apologizing to the investors, and through his health.

I ask that you do not tear him away from us for too long. All of us cannot live without our father for too long.

Armand Thomas Franquelin

801-675-0950